UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLOTTE BULGAJEWSKI,

   Plaintiff,

v.                                        CASE NO. 8:17-cv-2166-T-23AAS

R.T.G. FURNITURE CORPORATION,

   Defendant.
_____/

## **ORDER**

     The parties announce (Doc. 34) a putative class-action settlement. No later than **MARCH 26, 2018**, the parties may move for certification of a class and for preliminary approval of the class-action settlement. The clerk is directed to terminate the pending motions and to **ADMINISTRATIVELY CLOSE** the case.

     ORDERED in Tampa, Florida, on March 1, 2018.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE