UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLOTTE BULGAJEWSKI,

     Plaintiff,

v.                                                                  CASE NO. 8:17-cv-2166-T-23AAS

R.T.G. FURNITURE CORPORATION,

     Defendant.

_____/

## ORDER

     The motion (Doc. 37) to extend the time within which to move for class certification and for preliminary approval of the settlement is **GRANTED**. No later than **APRIL 23, 2018**, the plaintiff may move for class certification and for preliminary approval of the settlement.

     ORDERED in Tampa, Florida, on March 6, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE